

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00026-CV

**IN RE** Robert **TEJEDA**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice (concurring with opinion)
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: January 14, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered the petition for a writ of mandamus filed by relator on January 11, 2022. The court concludes relator is not entitled to the relief sought and relief should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relator's petition for a writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021-CI-25811, styled *Sylvia Ruiz Mendelsohn v. Monica Alcantara and Jacquelyn F. Callanen*, in the 37th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.